

**COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:  In the Interest of L.W. and L.W., Children

Appellate case number: 01-18-01025-CV

Trial court case number: 2017-03500J

Trial court:    313th District Court of Harris County

Date motion filed:  May 21, 2019

Party filing motion:  Appellant

   It is ordered that the motion for rehearing is **denied**.

Judge's signature: ____/s/ Julie Countiss_____
       Acting for the Court

Panel consists of: Chief Justice Radack and Justices Goodman and Countiss.

Date: _June 4, 2019_____